## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| 1. A method comprising: mapping, with at least one processor, each of a plurality of data streams related to a specific content to a different component of a service delivering multiple versions of the specific content; | The defendant streams videos making use of HTTP live streaming (HLS) standard (hereinafter referred to as the standard).<br><br><br><br>https://www.gamespot.com/ |

EXHIBIT 2

1

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|



https://www.gamespot.com/videos/

The accused standard discloses a method which comprises mapping, with at least one processor (e.g., processor/transcoder of a server of an HLS service provider), each of a plurality of data streams (e.g., media streams such as audio, video, captions, etc.) related to a specific content (e.g., streaming content such as web streaming, on-demand video on TV) to a different component (e.g., Index file m3u8) of a service (e.g., web streaming, on-demand TV program etc.) delivering multiple versions (e.g., M3U8 Manifest File comprises multiple versions of a data stream) of the specific content (e.g., streaming content such as web streaming, on-demand TV program etc.).

As shown below, a server of an HLS service provider converts plurality of data streams such as audio, video, etc. of a streaming content (e.g., specific content) in multiple streams at different bitrates and resolutions in different media segments of a M3U8 Manifest File. For example a media segment may consist of representation of videos and audios. Similarly, different media segments contain many different representations.

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| |  |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
|  | *Source: Packet capture by Fiddler tool*<br><br>As shown below, a server of an HLS streaming service provider converts plurality of data streams such as audio, video, etc. of a streaming content (e.g., specific content) such as a TV program in multiple versions in different adaptation sets of a M3U8 Manifest File. For example an adaption set may consists of representation of resolution 640 x 360 video, 960 x540 video, etc. |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| |  |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | *Source: Packet capture by Fiddler tool*  *Source: Packet capture by Fiddler tool* |

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| |  https://martech.zone/http-live-streaming-player-features/ |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | HLS supports the following:<br><br>• Live broadcasts and prerecorded content (video on demand, or *VOD*)<br><br>• Multiple alternate streams at different bit rates<br><br>• Intelligent switching of streams in response to network bandwidth changes<br><br>• Media encryption and user authentication<br><br>The following figure shows the components of an HTTP Live Stream.<br><br><br><br>https://developer.apple.com/documentation/http_live_streaming |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | AAC audio processing requires a small amount of leading "throw-away" audio to prime the encoder and initialize internal tables. This small amount of audio results from *encoder delay* which happens during encoding to produce properly formed, encoded audio packets, and its duration is commonly referred to as the *priming duration*. This audio needs to occur before the first frame of video; otherwise, there will be no audio for the first few frames of video.  The audio sample rates are normally 44.1 kHz or 48 kHz. For more information, see the HTTP Live Streaming Specification and the HLS Authoring Specification for Apple Devices. https://developer.apple.com/documentation/http_live_streaming/preparing_audio_for_http_live_streaming |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| |   https://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-Is-HLS-(HTTP-Live-Streaming)-78221.aspx?utm_source=related_articles&utm_medium=gutenberg&utm_campaign=editors_selection |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
|  |  |

https://www.wowza.com/blog/hls-streaming-protocol

**1.** Introduction to HTTP Live Streaming

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| encapsulating each data stream of the plurality into a stream of packets according to a first communication protocol, | The accused standard discloses encapsulating each data stream (e.g., media streams such as audio, video, captions, etc.) of the plurality into a stream of packets (e.g., index file m3u8 data packets) according to a first communication protocol (e.g., Transmission control protocol). <br><br> As shown below, For HLS, MPEG-2 transport stream is used to encapsulate the data stream (e.g., media streams such as audio, video, captions, etc.) using first communication protocol (e.g. TCP). <br><br>  <br><br> *Source: Packet capture by Fiddler tool* |

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | <br><br>*Source: Packet capture by Fiddler tool* |

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| wherein, as to each of the packet streams, the packets have a value in a common field identifying the component mapped to the data stream encapsulated by the packet stream; | The accused standard discloses wherein, as to each of the packet streams (e.g., m3u8 data packet stream), the packets have a value (e.g., audio/video type, group id, etc.) in a common field identifying the component mapped to the data stream (e.g., media streams such as audio, video, captions, etc.) encapsulated by the packet stream (e.g., m3u8 data packet stream). As shown below, the common field shows "type: video" |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| |  |

*Source: Packet capture by Fiddler tool*

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| and forwarding the packet streams for transmission in a transmission channel, | The accused standard discloses forwarding the packet streams (e.g., m3u8 data packet stream) for transmission in a transmission channel (e.g., wired/wireless transmission).<br><br><br><br>https://martech.zone/http-live-streaming-player-features/ |

NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | HLS supports the following:<br><br>• Live broadcasts and prerecorded content (video on demand, or *VOD*)<br><br>• Multiple alternate streams at different bit rates<br><br>• Intelligent switching of streams in response to network bandwidth changes<br><br>• Media encryption and user authentication<br><br>The following figure shows the components of an HTTP Live Stream.<br><br><br><br>https://developer.apple.com/documentation/http_live_streaming |
| and wherein the | The accused standard discloses wherein the mapping further comprises assigning a specific value (e.g., value |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| mapping further comprises assigning a specific value to each component for a predefined field of a packet according to a second communication protocol, the specific value distinguishing the component from other components, and | corresponding to different media stream) to each component for a predefined field of a packet (e.g., segment info) according to a second communication protocol (e.g., HTTP/Hypertext transfer protocol), the specific value (e.g., value corresponding to different media stream) distinguishing the component from other components.<br><br>As shown below, the accused standard provides m3u8 index file with multiple media playlists. Each media playlist has many representations, wherein every representation has many segments, these segments contains media information of each conversion corresponding to that media playlist.<br><br>The accused standard provides each segment having information related to a particular HTTP based uniform resource locator for getting a media stream from that particular address.<br><br>For the video segment shown below, the base URL is mt-rv-v1.gamespot.com and the specific value is "vr/2021/08/12/Feature_WhyBattlefield3WasBest_08032021_V3_1800-23.ts" (http based). |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | <br><br>*Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | <br><br>*Source: Packet capture by Fiddler tool* |

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| the encapsulating comprises encapsulating the packet streams according to one or more lower layer protocols without encapsulating the packet streams according to the second communication protocol. | The accused standard discloses encapsulating comprises encapsulating the packet streams (e.g., data packets in m3u8 file) according to one or more lower layer protocols without encapsulating the packet streams (e.g., data packets in m3u8) according to the second communication protocol (e.g. HTTP Protocol).<br><br>Further as explained below, the packet streams are encapsulated according to one or more lower layer protocols (e.g., network layer/MAC layer/physical layer) of the device transmitting the packet streams. Since, the packet streams are obtained by TCP encapsulation of data streams and the HTTP protocol doesn't reside beneath the TCP layer, the further encapsulation doesn't comprise encapsulation using HTTP protocol (once TCP encapsulation has been executed).<br><br>In any communication system, when a sender prepares data for sending from its physical interface (e.g., wired/wireless interface of the server/machine), the process of entire "data formulation" or "data construction" has multiple steps, all steps (if they are present) are associated with one layer of OSI model (it's a model which every communication system follows, some specification communication schemes may have lower number of layers (because   multiple layers of OSI can be combined into one for those cases). Two lower level layers—data link layer and physical layers are invariably present in any communication system. They are the lowest two layers. They reside beneath the TCP layer.  Data link layer ensure error free communication whereas the physical layer processes the data so that it can be sent using  the actual medium of communication (e.g., modulation and formatting in wireless/wired communication system) |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | **Does HLS use TCP or UDP as its transport protocol?**<br><br>TCP and UDP are transport protocols, meaning they are responsible for delivering content over the Internet. TCP tends to deliver data more reliably than UDP, but the latter is much faster, even though some data may be lost in transit.<br><br>Because UDP is faster, some streaming protocols use UDP instead of TCP. HLS, however, uses TCP. This is for several reasons:<br><br>1. HLS is over HTTP, and the HTTP protocol is built for use with TCP (with some exceptions).<br><br>2. The modern Internet is more reliable and more efficient than it was when streaming was first developed. In many parts of the world today, user connectivity has vastly improved, especially for mobile connections. As a result, users have enough bandwidth to support the delivery of every video frame.<br><br>3. Adaptive bitrate streaming helps compensate for the potentially slower data delivery of TCP.<br><br>https://www.cloudflare.com/learning/video/what-is-http-live-streaming/ |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
| | **HyperText Transfer Protocol (*HTTP*)**<br><br>The HyperText Transfer Protocol, or *HTTP*, must be the most widely used Application layer protocol in the world today. It forms the basis of what most people understand the Internet to be—the World Wide Web. Its purpose is to provide a lightweight protocol for the retrieval of HyperText Markup Language (*HTML*) and other documents from Web sites throughout the Internet. Each time you open a Web browser to surf the Internet, you are using *HTTP* over *TCP/IP*.<br><br>*HTTP* was first ratified in the early 1990s and has been through three main iterations:<br><br>• **HTTP/0.9:** A simplistic first implementation of the protocol that only supported the option to get a Web page.<br><br>• **HTTP/1.0:** Ratified by the *IETF* as RFC 1945 in 1996. This version added many supplemental data fields, known as *headers* to the specification. This allowed for other information passing between the client and server, alongside the request and consequent page.<br><br>• **HTTP/1.1:** Defined in RFC 2068 by the *IETF*, version 1.1 implemented a number of improvements over and above the 1.0 specification. One of the main improvements of 1.1 over 1.0 was the implementation of techniques such as persistent *TCP* connections, pipelining, and cache control to improve performance within *HTTP*-based applications.<br><br>https://www.informit.com/articles/article.aspx?p=169578 |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| Pat. 7,848,328 | Gamespot.com ("Accused Instrumentality") |
|---|---|
|  |  |

Upper and Lower layers further divide network architecture into seven different layers as below

- Application
- Presentation
- Session
- Transport
- Network, Data-link
- Physical layers

Network Layers Diagram

https://www.guru99.com/layers-of-osi-model.html
https://www.cloudflare.com/learning/ddos/glossary/open-systems-interconnection-model-osi/

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*