IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CNET MEDIA, INC.,<br><br>      Defendant. | C.A. No. 1:21-cv-01247-CFC<br><br>**JURY TRIAL DEMANDED** |

## **CNET'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant CNET Media, Inc. ("CNET") respectfully moves this Court to dismiss Plaintiff Nimitz Technologies LLC's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in CNET's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: September 21, 2021                **FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Ave., 17th Floor
    P.O. Box 1114
    Wilmington, DE 19801
    (302) 652-5070 (Telephone)
    janderson@fr.com

    Neil J. McNabnay
    Lance Wyatt
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 (Telephone)
    mcnabnay@fr.com
    wyatt@fr.com

**ATTORNEYS FOR DEFENDANT
CNET MEDIA, INC.**