# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC, | |
| Plaintiff, | C.A. No. 1:21-cv-01247-CFC |
| v. | |
| CNET MEDIA, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## DEFENDANT CNET MEDIA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CNET Media, Inc. ("CNET") states that CNET is a wholly-owned Delaware corporation. No public entity owns 10% or more of CNET's stock.

Dated: September 21, 2021				FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Ave., 17th Floor
    P.O. Box 1114
    Wilmington, DE 19801
    (302) 652-5070 (Telephone)
    janderson@fr.com

    Neil J. McNabnay
    Lance E. Wyatt
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 (Telephone)
    mcnabnay@fr.com
    wyatt@fr.com

**ATTORNEYS FOR DEFENDANT CNET MEDIA, INC.**