IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CNET MEDIA, INC.,<br><br>     Defendant. | C.A. No. 1:21-cv-01247-CFC<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CNET MEDIA, INC.'S**
**AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant CNET Media, Inc. ("CNET") states that CNET is a wholly-owned Delaware corporation. No public entity owns 10% or more of CNET's stock. CNET is owned by Red Ventures Hermana UK Ltd, which is owned by Red Ventures Porto International UK Ltd, which is owned by Red Ventures International UK Ltd, which is owned by RV U.S. Pondview Inc, which is owned by New Imagitas, Inc. New Imagitas, Inc is owned by Red Ventures Intermediate, LLC. The sole member of Red Ventures Intermediate, LLC is Ruby Sub, LLC. The sole member of Ruby Sub, LLC is Ruby Intermediate 2, LLC. The members of Ruby Intermediate 2, LLC holding more than 5% of its stock are Ruby Intermediate 1, LLC and GA RV, LLC. The sole member of Ruby Intermediate 1 LLC is Red Ventures Holdco, LP.

1

| | |
|---|---|
| Dated: May 18, 2022 | FISH & RICHARDSON P.C.<br><br>By: */s/ Jeremy D. Anderson*<br>　　Jeremy D. Anderson (#4515)<br>　　222 Delaware Ave., 17th Floor<br>　　P.O. Box 1114<br>　　Wilmington, DE 19801<br>　　(302) 652-5070 (Telephone)<br>　　janderson@fr.com<br><br>　　Neil J. McNabnay<br>　　Lance E. Wyatt<br>　　1717 Main Street, Suite 5000<br>　　Dallas, TX 75201<br>　　(214) 747-5070 (Telephone)<br>　　mcnabnay@fr.com<br>　　wyatt@fr.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>**CNET MEDIA, INC.** |