IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CNET MEDIA, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 21-1247-CFC |

## ORDER

WHEREAS, on May 13, 2022, the Court ordered the parties to certify within five days that they have complied with the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1;

WHEREAS, the April 18, 2022 Standing Order provides in relevant part that "where a party is a nongovernmental . . . limited liability corporation . . . the party must include in its disclosure statement filed pursuant to Federal Rule of Civil Procedure 7.1 the name of every owner, member, and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified";

WHEREAS, Plaintiff Nimitz Technologies LLC stated in the Rule 7.1 statement it filed on September 2, 2021 that "it is a private entity and that no public entity holds any percentage of interest in [it]," D.I. 6;

WHEREAS, Nimitz's Rule 7.1 statement does not comply with the April 18, 2022 Standing Order; and

WHEREAS Nimitz has not provided a certification or response of any kind to the Court's May 13, 2022 Order;

NOW THEREFORE, at Wilmington on this Twenty-third day of May in 2022, it is HEREBY ORDERED that Nimitz shall within three days show good cause why it should not be held in contempt for failing to comply with the Court's May 13, 2022 order.

_____
CHIEF JUDGE