IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1247-CFC |
| | ) | |
| CNET MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1362-CFC |
| | ) | |
| BUZZFEED, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1855-CFC |
| | ) | |
| IMAGINE LEARNING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 22-413-CFC |
| BLOOMBERG L.P., | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Whereas the amended corporate disclosure forms Plaintiff filed in the above-captioned cases identify Mark Hall as Plaintiff's owner; and

Whereas the Court has concerns about whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington this Thirteenth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on November 4, 2022 at 10:00 a.m. an evidentiary hearing to determine whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. Mark Hall shall attend the hearing in person.

                                                     *Colm F. Connolly*
                                                          CHIEF JUDGE