IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1247-CFC |
| | ) | |
| CNET MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1362-CFC |
| | ) | |
| BUZZFEED, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1855-CFC |
| | ) | |
| IMAGINE LEARNING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-413-CFC |
| | ) |
| BLOOMBERG L.P., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM ORDER**

Whereas the testimony of witnesses and representations of counsel at the November 4, 2022 hearing give rise to concerns that include but are not limited to the accuracy of statements in filings made by Plaintiff Nimitz Technologies LLC ("Nimitz") with the Court and whether the real parties in interest are before the Court;

NOW THEREFORE, at Wilmington on this Tenth day of November in 2022, it is HEREBY ORDERED that Plaintiff shall produce to the Court no later than December 8, 2022 copies of the following documents and communications that are in the possession, custody, and control of Nimitz, Mark Hall, and/or O'Kelly & O'Rourke, LLC:

1. Any and all retention letters and/or agreements between Nimitz and O'Kelly & O'Rourke, LLC.

2. Any and all communications and correspondence, including emails and text messages, that Mark Hall had with Mavexar, IP Edge, Linh Dietz,

2

Papool Chaudhari, and/or any representative of Mavexar and/or IP Edge regarding:

   a. the formation of Nimitz;

   b. assets, including patents, owned by Nimitz;

   c. the potential acquisition of assets, including patents, by Nimitz;

   d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Nimitz could incur as a result of its acquisition of and/or assertion in litigation of any patent;

   e. U.S. Patent No. 7,848,328;

   f. the retention of O'Kelly & O'Rourke, LLC to represent Nimitz in these cases;

   g. the settlement or potential settlement of these cases;

   h. the dismissal of these cases; and

   i. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Mr. Hall to attend the hearing.

3. Any and all communications and correspondence, including emails and text messages, that George Pazuniak and/or any employee or representative of O'Kelly & O'Rourke, LLC had with Mavexar, IP Edge,

Linh Dietz, Papool Chaudhari, and/or any representative of Mavexar and/or IP Edge regarding:

    a. the formation of Nimitz;

    b. assets, including patents, owned by Nimitz;

    c. the potential acquisition of assets, including patents, by Nimitz;

    d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Nimitz could incur as a result of its acquisition of and/or assertion in litigation of any patent;

    e. U.S. Patent No. 7,848,328;

    f. the retention of O'Kelly & O'Rourke, LLC to represent Nimitz in these cases;

    g. the settlement or potential settlement of these cases;

    h. the dismissal of these cases; and

    i. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Mr. Hall to attend the hearing.

4. Any and all monthly statements for any and all bank accounts held by Nimitz for the period July 1, 2021 through April 30, 2022.

Case 1:21-cv-01247-CFC Document 27 Filed 11/10/22 Page 5 of 5 PageID #: 444

5. Any and all documents relating to Nimitz's use, lease, purchase, and/or retention of 3333 Preston Road STE 300, #1047, Frisco, TX 75034.

It is FURTHER ORDERED that Plaintiff shall submit no later than December 8, 2022 a sworn declaration from Mark Hall that identifies any and all assets owned by Nimitz as of (1) August 30, 2021; (2) September 27, 2021; (3) December 31, 2021; and (4) March 30, 2022.

*[signature]*
CHIEF JUDGE

5