

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**Jeremy D. Anderson**
Principal
janderson@fr.com
302 778 8452  direct

**VIA E-FILING**

November 11, 2022

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE 19801-3555

Re:   *Nimitz Technologies LLC v. CNET Media, Inc. et al.*, **Case Nos. 1:21-cv-01247, -01362, -01855, 1:22-cv-00413 (D. Del.)**

Dear Chief Judge Connolly:

In view of the Court's request for recommendations for amici at the Evidentiary Hearing on November 4, 2022, Defendants CNET Media, Inc., BuzzFeed, Inc., Imagine Learning, Inc., and Bloomberg L.P. recommend the Public Interest Patent Law Institute as amicus in these matters.

Respectfully submitted,

By: */s/Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com



The Honorable Colm F. Connolly
Page 2

                                  Neil J. McNabnay
                                  Lance Wyatt
                                  1717 Main Street, Suite 5000
                                  Dallas, Texas 19001
                                  (214) 747-5070 (Telephone)
                                  (214) 747-2091 (Facsimile)
                                  mcnabnay@fr.com;
                                  wyatt@fr.com

**ATTORNEYS FOR DEFENDANTS CNET MEDIA, INC., BUZZFEED, INC., IMAGINE LEARNING, INC. AND BLOOMBERG L.P.**