# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CNET MEDIA, INC.,**<br><br>Defendant. | **C.A. No. 1:21-cv-01247-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BUZZFEED, Inc.,**<br><br>Defendant. | **Case No. 1:21-cv-01362-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**IMAGINE LEARNING LLC,**<br><br>Defendant. | **Case No. 1:21-cv-01855-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLOOMBERG L.P.,**<br><br>Defendant. | **Case No. 1:22-cv-00413-CFC** |

# NOTICE

Notice is hereby given that Plaintiff Nimitz Technologies LLC has filed a petition for a writ of mandamus with the United States Court of Appeal for the Federal Circuit, a copy of which is attached hereto.

Dated: November 16, 2022

/s/ George Pazuniak
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiffs*