# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CNET MEDIA, INC.,**<br><br>Defendant. | **C.A. No. 1:21-cv-01247-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BUZZFEED, Inc.,**<br><br>Defendant. | **Case No. 1:21-cv-01362-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**IMAGINE LEARNING LLC,**<br><br>Defendant. | **Case No. 1:21-cv-01855-CFC** |
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLOOMBERG L.P.,**<br><br>Defendant. | **Case No. 1:22-cv-00413-CFC** |

# MOTION TO WITHDRAW THE
# COURT'S MEMORANDUM OF NOVEMBER 30, 2022

Plaintiff Nimitz Technologies LLC hereby respectfully moves the Court to withdraw its Memorandum issued November 30, 2022 in the above captioned cases on the grounds that the Memorandum violates an Order the United States Court of Appeals for the Federal Circuit, and the Memorandum denies Plaintiff and its counsel their rights to Due Process under the Fifth Amendment to the Constitution of the United States because Plaintiff and counsel were never given notice or allowed to address the facts and law argued by the Court in the Memorandum.

The basis for the Motion is detailed in Plaintiff's Memorandum being concurrently filed.

Dated: December 8, 2022

*/s/ George Pazuniak*
George Pazuniak (#478)
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiffs*