IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1247-CFC |
| | ) | |
| CNET MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1362-CFC |
| | ) | |
| BUZZFEED, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 21-1855-CFC |
| | ) | |
| IMAGINE LEARNING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-413-CFC |
| | ) |
| BLOOMBERG L.P., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Whereas on November 10, 2022 I issued a Memorandum Order directing Plaintiff Nimitz Technologies LLC to produce certain documents and communications to the Court no later than December 8, 2022, No. 21-1247, D.I. 27 at 2; No. 21-1362, D.I. 21 at 2; No. 21-1855, D.I. 22 at 2; No. 22-413, D.I. 18 at 2;

Whereas on November 16, Nimitz filed with the Court of Appeals for the Federal Circuit a petition for a writ of mandamus to reverse the November 10 Memorandum, *In re Nimitz Techs. LLC*, No. 23-103, D.I. 2 at 3 (Fed. Cir. Nov. 16, 2022);

Whereas on November 17, the Federal Circuit stayed the November 10 Memorandum Order "pending further action of" the Federal Circuit, No. 23-103, D.I. 5 at 2;

Whereas on December 8, the Federal Circuit denied Nimitz's petition and lifted the stay, No. 23-103, D.I. 44;

2

Whereas Nimitz has yet to produce any of the documents and communications covered by the November 10 Memorandum Order;

Whereas Nimitz has not asked for an extension of the December 8 deadline imposed by the November 10 Memorandum Order;[1]

NOW THEREFORE, at Wilmington on this Fourteenth day of December in 2022, it is HEREBY ORDERED that no later than December 21, 2022, Nimitz shall show cause as to why it should not be sanctioned for failure to comply with the November 10 Memorandum Order.

_____
CHIEF JUDGE

---

[1] Had Nimitz made such a request, I would have granted it; and if Nimitz shows cause for its failure to comply with the November 10 Memorandum Order, I would still be inclined to grant such a request.