UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHAMBERS OF
COLM F. CONNOLLY
U.S. DISTRICT JUDGE



U.S. COURTHOUSE
844 N. KING STREET Unit 31
WILMINGTON, DELAWARE 19801-3568
302-573-6310

November 29, 2023

Joseph Caligiuri
Disciplinary Counsel
Office of Disciplinary Counsel
The Supreme Court of Ohio
65 E. State St., Ste. 1510
Columbus, OH 43215

      **Re: Messrs. Howard Wernow and Andrew Curfman**

Dear Mr. Caligiuri:

      For reasons outlined in the enclosed Memorandum Opinion I issued on November 27, 2023, I believe that disciplinary sanctions may be warranted against two Ohio lawyers: Howard Wernow (Bar Number 89019) and Andrew Curfman (Bar Number 90997). The information brought to my attention in the cases discussed in the Memorandum Opinion gives me reason to believe that Messrs. Wernow and Curfman violated numerous provisions of the Model Rules of Professional Conduct.

Would you please let me know what, if any, action is taken by the Office of Disciplinary Counsel with respect to these matters? Thank you.

Sincerely,

Colm F. Connolly
Chief Judge
United States District Court
District of Delaware

Encl.